IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRIS DAVIS, § § Plaintiff, § § v. § § DARLENE BIGGERS, IN HER § OFFICIAL CAPACITY AS ASSOCIATE § VICE PRESIDENT FOR STUDENT § SERVICES AT UNIVERSITY OF § HOUSTON-CLEAR LAKE, § § Defendant. § | CIVIL ACTION NO. H-12-1173 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 12, 2013,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 17th day of October, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The court granted Plaintiff an extension of time until October 4, 2013, to file objections to the Memorandum and Recommendation. See Doc. 32, Order Dated Sept. 18, 2013. Neither party filed objections.